UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

KENNEDY P. ADKINS,                     )
                                       )
            Plaintiff,                 )
                                       )
v.                                     )        No.:    4:24-CV-6-KAC-CHS
                                       )
TRINITY INDUSTRIES, INC.,              )
                                       )
            Defendant.                 )

## JUDGMENT

The Court entered an "Order Dismissing Action Without Prejudice On Terms" and **DISMISSED** this action without prejudice on certain terms under Federal Rule of Civil Procedure 41(a)(2). Accordingly, the Court enters judgment. The Court **DIRECTS** the Clerk to close this case.

SO ORDERED.

_____
KATHERINE A. CRYTZER
United States District Judge

ENTERED AS A JUDGMENT:
    *s/ LeAnna R. Wilson*
    CLERK OF COURT